# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Civil Action
No: 14-13664-NMG

John Briasco

v.

Mediation Recovery Center, et al

## ORDER OF DISMISSAL

GORTON, D.J.

     In accordance with the Notice of Voluntary Dismissal filed by the Plaintiff on 12/19/14, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

/s/ Christine Patch
Deputy Clerk

December 22, 2014

To: All Counsel